IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA ADAMS,

    Plaintiff,

vs.                                                                                                                                                   No. CV 18-925 KG/GBW

C3 PIPELINE CONSTRUCTION INC.;
ALPHA CRUDE CONNECTOR, LLC;
PLAINS ALL AMERICAN PIPLINE, LP
as Successor in Interest to Alpha Crude
Connector, LLC; PLAINS ALL AMERICAN
GP, LLC as Successor in Interest to Alpha
Crude Connector, LLC; PLAINS GP, LLC as
Successor in Interest to Alpha Crude Connector,
LLC; and PLAINS PIPELINE, LP, as Successor
in Interest to Alpha Crude Connector, LLC,

    Defendants.

## ORDER TO SHOW CAUSE

    This matter is before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . . .

More than 90 days have elapsed since this action commenced, and the record reflects that Defendant C3 Pipeline Construction Inc. has not been served.

IT IS THEREFORE ORDERED that, no later than fourteen (14) days from the date of this order, Plaintiff must either effect service or provide the Court with a written explanation why service has not been effected.  **If Plaintiff fails to respond within the time allotted, this action will be dismissed without prejudice.**

_____
UNITED STATES DISTRICT JUDGE