IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA ADAMS,

    Plaintiff,

vs.                                                    No. CV 18-925 KG/GBW

C3 PIPELINE CONSTRUCTION INC.;
ALPHA CRUDE CONNECTOR, LLC;
PLAINS ALL AMERICAN PIPELINE, LP
as Successor in Interest to Alpha Crude
Connector, LLC; PLAINS ALL AMERICAN
GP, LLC as Successor in Interest to Alpha
Crude Connector, LLC; PLAINS GP, LLC as
Successor in Interest to Alpha Crude Connector,
LLC; and PLAINS PIPELINE, LP, as Successor
in Interest to Alpha Crude Connector, LLC,

    Defendants.

## **PARTIAL SUMMARY JUDGMENT AND ORDER OF DISMISSAL**

Having granted Defendants Alpha Crude Connector, LLC, Plains All American Pipeline, LP, Plains All American GP, LLC, Plains GP, LLC, and Plains Pipeline, LP's (collectively, "Plains Defendants") Motion for Summary Judgment and Memorandum in Support, filed October 10, 2018 (Docs. 6 and 7) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment and Order of Dismissal,

    IT IS ORDERED THAT

1. Summary judgment is entered in favor of the Plains Defendants on all of Plaintiff Jessica Adams' claims against the Plains Defendants;

2. Plaintiff's claims against the Plains Defendants are dismissed with prejudice; and

3. The Plains Defendants (Alpha Crude Connector, LLC, Plains All American Pipeline, LP, Plains All American GP, LLC, Plains GP, LLC, and Plains Pipeline, LP) are dismissed from this lawsuit.

_____
UNITED STATES DISTRICT JUDGE