IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA ADAMS,

    Plaintiff,

vs.                       No. CV 18-925 KG/GBW

C3 PIPELINE CONSTRUCTION INC.;
ALPHA CRUDE CONNECTOR, LLC;
PLAINS ALL AMERICAN PIPLINE, LP
as Successor in Interest to Alpha Crude
Connector, LLC; PLAINS ALL AMERICAN
GP, LLC as Successor in Interest to Alpha
Crude Connector, LLC; PLAINS GP, LLC as
Successor in Interest to Alpha Crude Connector,
LLC; and PLAINS PIPELINE, LP, as Successor
in Interest to Alpha Crude Connector, LLC,

    Defendants.

## **ORDER QUASHING ORDER TO SHOW CAUSE**

On May 23, 2019, the Court entered an Order to Show Cause directing Plaintiff Jessica Adams to effect service upon Defendant C3 Pipeline Construction Inc. by June 7, 2019, or to show cause in writing why she failed to do so. (Doc. 17). Adams submitted an Affidavit of Service indicating that she effected service on Cody Martin, the owner of C3 Pipeline Construction Inc., on May 30, 2019. (Doc. 19). It now appearing that Adams has effected service on Defendant C3 Pipeline Construction Inc., the Order to Show Cause is quashed.

    IT IS SO ORDERED.

                                                _____
                                                UNITED STATES DISTRICT JUDGE