IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSICA ADAMS,

    Plaintiff,

vs.                                       Civ. No. 18-925 KG/GBW

C3 PIPELINE CONSTRUCTION, INC.,

    Defendant.

## DEFAULT JUDGMENT AS TO LIABILITY

This matter comes before the Court upon "Plaintiff's Motion for Entry of Default Judgment and Request for a Hearing for the Assessment of Damages Pursuant to Fed. R. Civ. P. 55" (Motion for Entry of Default Judgment), filed June 23, 2019. (Doc. 21). Plaintiff seeks entry of a default judgment against Defendant C3 Pipeline Construction, Inc. and a hearing to determine the amount of damages to assess against Defendant C3 Pipeline Construction, Inc. On June 24, 2019, the Clerk of the Court entered a default against Defendant C3 Pipeline Construction, Inc. (Doc. 22).

Having considered the Motion for Entry of Default Judgment and the Clerk of the Court's entry of default, the Court determines that it will (1) enter a default judgment against Defendant C3 Pipeline Construction, Inc. on all issues of liability; and (2) set a damages hearing.

IT IS ORDERED that

1. Plaintiff's Motion for Entry of Default Judgment and Request for a Hearing for the Assessment of Damages Pursuant to Fed. R. Civ. P. 55 (Doc. 21) is granted;

2. default judgment on all issues of liability is entered in favor of Plaintiff and against Defendant C3 Pipeline Construction, Inc.; and

3. a Fed. R. Civ. P. 55(b)(2)(B) damages hearing will be set in a separate notice of this Court.

_____
UNITED STATES DISTRICT JUDGE