IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSICA ADAMS,

      Plaintiff,

vs.                                             CIV 18-0925 KG/GBW

C3 PIPELINE CONSTRUCTION, INC.,

      Defendant.

## **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **MONDAY, JULY 29, 2019, AT 1:30 PM**. Counsel shall call the AT&T conference line 888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE