IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA ADAMS,

    Plaintiff,

    vs.                                   No. CV 18-925 KG/GBW

C3 PIPELINE CONSTRUCTION,

    Defendant.

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to Magistrate Judge Gregory B. Wormuth to conduct hearings, if warranted, and to perform any legal analysis required to recommend to the Court an ultimate disposition of *Plaintiff's Rule 15 Motion to Correct the Name of Defendant C3 Pipeline and Request That Judgment Be Entered Under the Corrected Name* (Doc. 58).

_____
UNITED STATES DISTRICT JUDGE