IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSICA ADAMS,

    Plaintiff,

    vs.                                          No. CV 18-925 KG/GBW

C3 PIPELINE CONSTRUCTION, INC.,

    Defendant.

FINAL JUDGMENT

In concurrence with the Court's Order adopting the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 64), following the Court's entry of default judgment as to liability, and a jury verdict on damages (Doc. 56), the Court hereby enters this Final Order under Fed. R. Civ. P. 58.

**IT IS ORDERED** that Final Judgment is entered against Defendant C3 Pipeline Construction, Inc., in the total amount of **$20,050,000**, as follows:

(i)     $10,000,000 in compensatory damages for Plaintiff's state law claims;

(ii)     $10,000,000 in punitive damages for Defendant C3 Pipeline, Inc.'s negligent hiring, training, retention, and supervision of its employees; and

(iii)     $50,000 total damages for all claims brought under Title VII of the Civil Rights Act.

_____
UNITED STATES DISTRICT JUDGE