IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA ADAMS,

     Plaintiff,

vs.                                                                                  Civ. No. 18-0925 KG/GBW

C3 PIPELINE CONSTRUCTION INC.;
ALPHA CRUDE CONNECTOR, LLC;
PLAINS ALL AMERICAN PIPELINE,
LP, as Successor in Interest to Alpha Crude
Connector, LLC; PLAINS ALL
AMERICAN GP, LLC, as Successor in
Interest to Alpha Crude Connector, LLC;
PLAINS GP, LLC, as Successor in Interest
to Alpha Crude Connector, LLC; PLAINS
PIPELINE, LP, as Successor in Interest to
Alpha Crude Connector, LLC,

     Defendants.

ORDER OF REMAND

This matter comes before the Court on remand from the Tenth Circuit Court of Appeals.

On appeal, the Tenth Circuit affirmed the Court's summary judgment and Rule 56(d) rulings,

vacated its denial of the motion to amend, and remanded for further proceedings. *Adams v. C3

Pipeline Constr. Inc.*, 17 F.4th 40, 49 (10th Cir. 2021). Given the absence of any remaining

federal claim, and consistent with the Tenth Circuit's opinion, the Court is exercising its

discretion under 28 U.S.C. § 1367(c)(3) and will decline supplemental jurisdiction over any

potential state law claim. *Adams*, 17 F.4th at 73; *see also Carlsbad Tech. Inc. v. HIF Bio, Inc.*,

556 U.S. 635, 639-40 (2009); *Strain v. Regelado*, 977 F.3d 984, 997 (10th Cir. 2020).

This case is hereby REMANDED to the First Judicial District Court, County of Santa Fe,

State of New Mexico.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE